UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY SHREVE, *also known as* Kimberly Ann Shreve<br>    Plaintiff,<br><br>v.<br><br>OFFICER LIMPERT, OFFICER HOWELL, OFFICER WOLFE, OFFICER LOCKHART, OFFICER DAVIDSON, OFFICER MEYERS, B. JONES, R.M. PARRISH, G. JENKINS, A.S. ODETTE, B. SCIOLI, OFFICER LAYMAN, L.M. BUTCHER, B.H. WINSTON, OFFICER FRISBEE, OFFICER MCLEOD, OFFICER POWELL, OFFICER G.S. MARLO, OFFICER ASATO, OFFICER PETERSEN, OFFICER DUFAULT, OFFICER DAVIS, OFFICER MORGAN, J.R. MARX, OFFICER BRUNO, OFFICER SINGLETARY, S.M. INGERSOLL, J.B. WIGGS, OFFICER MICHAEL, T.K. CARROLL, B.M. STEPHENSON, J.R. CRITCHER, OFFICER WINKLE, and R.D. PARROTT,<br>    Defendants. | **JUDGMENT**<br><br>No. 5:19-CV-178-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss, plaintiff's motion to amend, plaintiff's motion to appoint counsel and defendants' motion for clarification.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered November 15, 2019 and January 22, 2020, and for the reasons set forth more specifically therein, defendants' motions to dismiss for failure to state a claim are GRANTED, plaintiff's motion to amend complaint and motion to appoint counsel are DENIED, defendants' motion for clarification is denied as moot. This case is DISMISSED without prejudice.

**This Judgment Filed and Entered on January 22, 2020, and Copies To:**
Kimberly Shreve (via US mail) 5813 Oak Forest Drive, Raleigh, NC 27616
Andrew Joseph Seymour (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog, Jr. (via CM/ECF Notice of Electronic Filing)
Nora F. Sullivan  (via CM/ECF Notice of Electronic Filing)
James P. Cauley, III  (via CM/ECF Notice of Electronic Filing)

January 22, 2020                             PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk